SHIRLEY GARTEN, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Argued December 3, 1941; decided January 8, 1942.

*William B. Moore* for appellant.
*Donald C. Leo* and *Haskell R. Barst* for respondent.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.